COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-13-00697-CR

Style:        Maron Thomas

**v** The State of Texas

Date motion filed[*]:        December 2, 2013

Type of motion:        Motion for extension of time to file reporter's record

Party filing motion:        Court reporter

Document to be filed:        Reporter's record

If motion to extend time:

    Original due date:        August 30, 2013

    Number of extensions granted:        4        Current Due date:  January 6, 2014

    Date Requested:        February 12, 2014

Ordered that motion is:

    ☑        Granted

        If document is to be filed, document due:  February 12, 2014

        ☑        No further extensions of time will be granted

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    **The record was originally due on August 30, 2013.  This is the fifth extension of time requested by the court reporter.  Nevertheless, due to the length of the record and the number of exhibits, we grant the motion.  The record is ordered filed no later than February 12, 2014.  No further extensions will be granted.  *See* TEX. R. APP. P. 35.3(c) (requiring court to ensure record is timely filed).  If the record is not filed on or before February 12, 2014, this Court may require the court reporter to appear and show cause why the record has not been filed.**

Judge's signature: /s/ Chief Justice Sherry Radack

        ☒ Acting individually        ☐ Acting for the Court

Panel consists of _____

Date:  January 28, 2014

November 7, 2008 Revision